(Del. Rev. 5/2014) Pro Se Employment Discrimination Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Placide UMUHOZA
(Name of Plaintiff or Plaintiffs)

v.

Civ. Action No. 23-552
(To be assigned by Clerk's Office)

Pinnacle Rehabilitation & health Center
(Name of Defendant or Defendants)

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
(Pro se)

Jury Demand?
☒ Yes
☐ No

1. This action is brought pursuant to (check all spaces that apply):

   ☒ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin.

   ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination on the basis of age. My year of birth is:_____.

   ☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

   ☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of disability.

2. Plaintiff resides at 119 Ivy Ridge Court (Street Address)
   Smyrna (City) Kent (County) DE (State) 19977 (Zip Code)
   302-407-8645 (Area Code) (Phone Number). Attach additional sheets if more than one Plaintiff.

3. Defendant resides at, or its business is located at 3034 S Dupont Blvd (Street Address)
   Smyrna (City) Kent (County) DE (State) 19977 (Zip Code).

Attach additional sheets if more than one Defendant.

1

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's **Pinnacle Rehab & health Center** place of business (Defendant's Name) located at **3034 S Dupont Blvd** (Street Address) **Smyrna** (City) **Kent** (County) **DE** (State) **19977** (Zip Code).

5. The alleged discriminatory acts occurred on **01**, **7**, **2020 through 2/16/23** (Day) (Month) (Year) — Since I started working there

6. The alleged discriminatory practice ☐ is  ☒ is not continuing.

7. On **31**, **05**, **2022**, Plaintiff filed charges (Day) (Month) (Year) with the Department of Labor of the State of Delaware: **Anti-Discrimination Department** (Agency) **655 S Bay Rd #28** (Street Address) **Dover** (City) **Kent** (County) **DE** (State) **19901** (Zip Code), regarding defendant's alleged discriminatory conduct.

8. On **04**, **4**, **2023**, Plaintiff filed charges (Day) (Month) (Year) with the Equal Employment Opportunity Commission of the United States regarding defendant's alleged discriminatory conduct.

9. The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter which was received by plaintiff on: **11**, **5**, **2023**. (Day) (Month) (Year)

**(NOTE: ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10. The alleged discriminatory acts, in this suit, concern:

    A. ☐ Failure to employ plaintiff.
    B. ☐ Termination of plaintiff's employment. Plaintiff was terminated from employment on the following date: _____.
    C. ☐ Failure to promote plaintiff. Plaintiff was refused a promotion on the following date: _____.
    D. ☒ Other acts (please specify): **I got discriminated by HR, Administrator, Supervisor of this facility. I didn't have the same rights to be treated Equally like other employees who were born here because I was an Immigrant.**

11. The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

2

A. ☐ Plaintiff's race
B. ☐ Plaintiff's color
C. ☐ Plaintiff's sex
D. ☐ Plaintiff's religion
E. ☒ Plaintiff's national origin
F. ☐ Plaintiff's age
G. ☐ Plaintiff's disability

12. A copy of the charges filed with the Department of Labor of the State of Delaware and/or the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

**(NOTE: ATTACH A COPY OF THE CHARGES FILED WITH THE DEPARTMENT OF LABOR OF THE STATE OF DELAWARE AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION OF THE UNITED STATES TO THIS COMPLAINT.)**

THEREFORE, Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

A. ☒ Injunctive relief (specify what you want the Court to order): Defendent to Pay the damages and the fees to file this Lawsuit
B. ☒ Back pay.
C. ☐ Reinstatement to former position.
D. ☒ Monetary damages in the amount of $500,000
E. ☐ That the Court appoint legal counsel.
F. ☐ Such relief as may be appropriate, including costs and attorney's fees.
G. ☒ Other (specify): _____.

I/We declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/18/2023

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

**NOTICE**
Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Placide Umuhoza
119 Ivy Ridge Court
Smyrna Delaware 19977






CERTIFIED MAIL
7021 0950 0000 0327 6783

U.S. POSTAGE PAID
FCM LG ENV
CHESWOLD, DE
19936
MAY 18, 23
AMOUNT
$5.89
R2305K133714-01

Office of the Clerk United States District Court
844 North King Street
Wilmington Delaware 19801
Unit 18

U.S.M.S. X-RAY!

2023 MAY 19 PM 4:06