IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PLACIDE UMUHOZA, | ) |
| Plaintiff, | ) ) ) C.A. No. 1:23-552-MN |
| v. | ) ) |
| PINNACLE REHABILITATION AND HEALTH CENTER, | ) ) ) ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff and Defendant Pinnacle Rehabilitation and Health Center (the "Parties") hereby stipulate and agree, through their undersigned counsel, and subject to the approval of the Court, that all claims between the Parties are hereby dismissed with prejudice, with each of the Parties to bear its own costs, expenses and attorneys' fees.

/s/ Placide Umuhoza
Placide Umuhoza (pro se)
119 Ivy Ridge Court
Smyrna, DE
Umuhozaplacid@gmail.com

/s/ Jennifer C. Jauffret
Jennifer C. Jauffret (#3689)
Sara M. Metzler (#6509)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
jauffret@rlf.com
metzler@rlf.com

Dated: July 29, 2024

*Attorneys for Defendant*

IT IS SO ORDERED this  30th  day of    July           , 2024.

Maryellen Noreika
UNITED STATES DISTRICT JUDGE